UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NATALIE GONZALEZ
     Plaintiff,

v.                                    Case No.: 1:26cv90/AW/ZCB

SHANTONU BASU,
     Defendant.

                                      /

## **REPORT AND RECOMMENDATION**

Plaintiff has filed a two-sentence complaint against Defendant Shantonu Basu seeking $100,000 for "ex parte communication." (Doc. 1). Plaintiff's complaint is unquestionably frivolous. It also clearly fails to state a claim upon which relief may be granted, and it appears to be duplicative of at least sixteen other cases Plaintiff has filed in federal courts across the country.[1] Permitting amendment would be futile and a waste of judicial resources.

---

[1] *Gonzalez v. Basu*, No. 1:26cv71 (S.D. Ga.); *Gonzalez v. Basu*, No. 1:26cv193 (N.D. Ind.); *Gonzalez v. Basu*, No. 1:26cv783 (S.D. Ind.); *Gonzalez v. Basu*, No. 1:26cv68 (W.D. Ky.); *Gonzalez v. Basu*, No. 1:26cv1183 (D. Mass.); *Gonzalez v. Basu*, No. 8:26cv1539 (D. Md.); *Gonzalez v. Basu*, No. 1:26cv357 (M.D.N.C.); *Gonzalez v. Basu*, No. 1:26cv1226 (D.N.M.); *Gonzalez v. Basu*, No. 3:26cv287 (D. Nev.); *Gonzalez v. Basu*, No. 1:26cv390 (S.D. Ohio); *Gonzalez v. Basu*, No. 5:26cv869 (W.D. Okla.); *Gonzalez v. Basu*, No. 2:26cv84 (E.D. Tenn.); *Gonzalez v.*

1

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's complaint be **DISMISSED with prejudice** as frivolous and for failure to state a claim.  The Clerk of Court should be instructed to close the case. *See* 28 U.S.C. § 1915(e)(2)(B) (authorizing dismissal of *in forma pauperis* actions that are frivolous or fail to state a claim).

At Pensacola, Florida, this 24th day of April 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections must be filed within fourteen days of the date of the Report and Recommendation.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

---

*Basu*, No. 1:26cv142 (E.D. Tex.); *Gonzalez v. Basu*, No. 2:26cv180 (E.D. Wash.); *Gonzalez v. Basu*, No. 3:26cv363 (W.D. Wis.).