**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**NATALIE GONZALEZ,**

 **Plaintiff,**

**v.**           **Case No. 1:26-cv-90-AW-ZCB**

**SHANTONU BASU,**

 **Defendant.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 5) and incorporate it into this order. Plaintiff has not objected to the report and recommendation, and her deadline to do so has passed. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

 SO ORDERED on June 1, 2026.

         s/ *Allen Winsor*_____
         Chief United States District Judge